MARRERO'S

Jun-12-07  11:57am  From-                              T-186  P.001/001  F-500

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

THE ESTATE OF AHARON ELLIS, LESLYE KNOX
individually, as the administrator of the Estate of Aharon
Ellis and as natural guardian of plaintiffs Jordan Terrell
Ellis, Reuven Carter, Shanon Carter, Shayrah Carter,
Yoshavyah Carter and Amitai Carter, JORDAN
TERRELL ELLIS, minor, REUVEN CARTER, minor,
SHANON CARTER, minor, SHAYRAH CARTER,
minor, YOSHAVYAH CARTER, minor, AMITAI
CARTER, minor, by their next friend and guardian,
Leslye Knox, TSAPHRIRAH ELLIS, PRINCE
SHALEAK, MELLONEE ELLIS, FRANCINE ELLIS,
LYNNE ELLIS, YIHONADAV ELLIS, and ARON
CARTER,

: Case No.: 07 CIV 3952 (VM)

: STIPULATION EXTENDING
: TIME TO ANSWER

Plaintiffs-Judgment Creditors

- against -

SWISS AMERICAN SECURITIES, INC.,

Defendant-Garnishee.

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6-12-07

---

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned attorneys, that the time for defendant Swiss American Securities, Inc. to serve an answer or otherwise respond to the Complaint is hereby extended to and including July 11, 2007.

IT IS FURTHER STIPULATED AND AGREED, that a fax signature herein shall be deemed to have the same force and effect of an original.

Dated: New York, New York
June 11, 2007

Jaroslawicz & Jaros, Esqs.
Attorneys for Plaintiffs

By: _____
Robert J. Tolchin, Esq. (RT-3713)
150 William Street, 19th Floor
New York, New York 10038
Tel. No.: (212) 227-2780

Duval & Stachenfeld LLP
Attorneys for Defendant
Swiss American Securities, Inc.

By: _____
Allan N. Taffet, Esq. (AT-5181)
Timothy J. Pastore, Esq. (TP-1827)
300 East 42nd Street
New York, New York 10017
Tel. No.: (212) 883-1700

SO ORDERED:

_____
U.S.D.J.
Victor Marrero