# NOTICE OF CHANGE OF NAME AND ADDRESS

## Please take notice that:

## Jaroslawicz & Jaros, Esqs. has changed its name and address to:

### JAROSLAWICZ & JAROS, LLC.
### 225 Broadway, 24th floor
### New York, New York 10007
### 212-227-2780