Duval & Stachenfeld LLP
Attorneys for Defendant-Garnishee
By: Allan N. Taffet, Esq. (AT-5181)
Timothy J. Pastore, Esq. (TP-1827)
300 East 42nd Street
New York, New York 10017
Tel. No.: (212) 883-1700

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____

| | |
|---|---|
| THE ESTATE OF AHARON ELLIS, LESLYE KNOX individually, as the administrator of the Estate of Aharon Elllis and as natural guardian of plaintiffs Jordan Terrell Ellis, Reuven Carter, Shanon Carter, Shayrah Carter, Yoshavyah Carter and Amitai Carter, JORDAN TERRELL ELLIS, minor, REUVEN CARTER, minor, SHANON CARTER, minor, SHAYRAH CARTER, minor, YOSHAVYAH CARTER, minor, AMITAI CARTER, minor, by their next friend and guardian, Leslye Knox, TSAPHRIRAH ELLIS, PRINCE SHALEAK, MELLONEE ELLIS, FRANCINE ELLIS, LYNNE ELLIS, YIHONADAV ELLIS, and ARON CARTER, | 07 Civ. 3952 (VM)(THK) |
| Plaintiffs-Judgment Creditors | |
| - against - | |
| SWISS AMERICAN SECURITIES INC., | |
| Defendant-Garnishee. | |

_____

### RULE 7.1 STATEMENT OF DEFENDANT-GARNISHEE SWISS AMERICAN SECURITIES INC.

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, defendant Swiss American Securities Inc. ("SASI"), by its attorneys, Duval & Stachenfeld LLP, hereby certifies that it is an indirect subsidiary of Credit Suisse Group, a publicly held company.

Other than through Credit Suisse Group's ownership, no publicly held company has a direct or indirect ownership interest of 10% or more in SASI.

Dated: New York, New York
      July 11, 2007

                          Duval & Stachenfeld LLP
                          Attorneys for Defendant
                          Swiss American Securities Inc.

By:    /S/ Allan N. Taffet
        Allan N. Taffet, Esq. (AT-5181)
        Timothy J. Pastore, Esq. (TP-1827)
        300 East 42nd Street
        New York, New York 10017
        Tel. No.: (212) 883-1700