UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____

| | : | |
|---|---|---|
| THE ESTATE OF AHARON ELLIS, LESLYE KNOX individually, as the administrator of the Estate of Aharon Elllis and as natural guardian of plaintiffs Jordan Terrell Ellis, Reuven Carter, Shanon Carter, Shayrah Carter, Yoshavyah Carter and Amitai Carter, JORDAN TERRELL ELLIS, minor, REUVEN CARTER, minor, SHANON CARTER, minor, SHAYRAH CARTER, minor, YOSHAVYAH CARTER, minor, AMITAI CARTER, minor, by their next friend and guardian, Leslye Knox, TSAPHRIRAH ELLIS, PRINCE SHALEAK, MELLONEE ELLIS, FRANCINE ELLIS, LYNNE ELLIS, YIHONADAV ELLIS, and ARON CARTER, | : | 07 Civ. 3952 (VM)(THK) |
| Plaintiffs-Judgment Creditors | : | |
| - against - | : | |
| SWISS AMERICAN SECURITIES INC., | : | |
| Defendant-Garnishee. | : | |

_____

**CERTIFICATE OF SERVICE**

    I certify that the Answer and Rule 7.1 Statement of defendant-garnishee Swiss American Securities Inc. was served on July 11, 2007 by ECF upon the following:

        Robert J. Tolchin, Esq.
        Jaroslawicz & Jaros, Esqs.
        225 Broadway, 24th floor
        New York, New York 10007

                                     /S/ Timothy J. Pastore
                                  Timothy J. Pastore, Esq. (TP-1827)
                                  Duval & Stachenfeld LLP
                                  300 East 42nd Street
                                  New York, New York 10017
                                  Telephone: (212) 883-1700
                                  Facsimile: (212) 883-8883
                                  E-mail: tpastore@dsllp.com