UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------- x
THE ESTATE OF AHARON ELLIS, et al.,

              Plaintiffs,

      -against-

SWISS AMERICAN SECURITIES, INC., et al.

              Defendants.
------------------------------------------------------------------- x

Index No. 07 Civ. 3952 (VM)

**NOTICE OF APPEARANCE**

(Filed Electronically)

      PLEASE TAKE NOTICE that the firm of Morrison & Foerster LLP hereby appears as counsel of record for intervenor-defendant The Palestinian Pension Fund for the State Administrative Employees in the Gaza Strip, whose request to intervene in this action was granted by the Court's Memo-Endorsed Order dated July 31, 2007.

Dated: New York, NY
       July 31, 2007

MORRISON & FOERSTER LLP

By: ___s/Charles L. Kerr_____
     Charles L. Kerr
     Mark David McPherson
1290 Avenue of the Americas
New York, NY  10104-0050
(212) 468-8000

Attorneys for Intervenor-Defendant
*The Palestinian Pension Fund for the State*
*Administrative Employees in the Gaza Strip*

ny-767983