UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------- x
: 
THE ESTATE OF AHARON ELLIS, et al., : Index No. 07 Civ. 3952 (VM)
:
Plaintiffs, :
:
-against- : **NOTICE OF APPEARANCE**
:
SWISS AMERICAN SECURITIES, INC., et al. :
: (Filed Electronically)
Defendants. :
:
---------------------------------------------------------------- x

  PLEASE TAKE NOTICE that, Charles L. Kerr of the firm of Morrison & Foerster LLP hereby appears as counsel of record for intervenor-defendant The Palestinian Pension Fund for the State Administrative Employees in the Gaza Strip, whose request to intervene in this action was granted by the Court's Memo-Endorsed Order dated July 31, 2007.

| | |
|---|---|
| Dated: New York, NY<br>August 2, 2007 | MORRISON & FOERSTER LLP<br><br>By: ___s/Charles L. Kerr_____<br>  Charles L. Kerr<br>  Mark David McPherson<br>1290 Avenue of the Americas<br>New York, NY 10104-0050<br>(212) 468-8000<br><br>Attorneys for Intervenor-Defendant<br>*The Palestinian Pension Fund for the State*<br>*Administrative Employees in the Gaza Strip* |

ny-768365